AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:17cv2697

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Diversified Adjustment Services % CT Corp.
was received by me on *(date)* 12-29-17 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shelbi Sullenberger – Sec., who is designated by law to accept service of process on behalf of *(name of organization)* CT Corp. Systems on *(date)* 12-29-17 3:40pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-29-17

Rev. Tony Hodge
*Server's signature*

Tony Hodge Sp. Agent
*Printed name and title*

1695 Franklin Ave. Col, Oh.
*Server's address*

Additional information regarding attempted service, etc:

A