## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CHRISTOPHER CARLO,** | : Civil Action No.: 1:17-cv-02697-DCN |
| Plaintiff, | : |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.,** | : |
| | : |
| Defendant. | |

## NNOTICE OF APPEARANCE OF COUNSEL
___

Now comes Jeffrey C. Turner of Surdyk, Dowd & Turner Co., L.P.A., and enters his appearance as trial counsel for Defendant Diversified Adjustment Service, Inc.

                                              Respectfully submitted,

                                              <u>/s/Jeffrey C. Turner</u>
                                              Jeffrey C. Turner (0063154)
                                              Surdyk, Dowd & Turner Co., L.P.A.
                                              8163 Old Yankee Street, Suite C
                                              Dayton, Ohio 45458
                                              (937) 222-2333
                                              (937) 222-1970 (fax)
                                              jturner@sdtlawyers.com
                                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I served the foregoing NOTICE OF APPEARANCE OF COUNSEL upon the following via the Court's electronic filing system which will provide notice to all parties.

/s/Jeffrey C. Turner
Jeffrey C. Turner (0063154)
Surdyk, Dowd & Turner Co., L.P.A.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333
(937) 222-1970 (fax)
jturner@sdtlawyers.com
*Attorneys for Defendant*